SUN INDEMNITY COMPANY OF NEW YORK, Appellant, v. TRIANGLE FURNITURE Co., INC., Respondent.— Plaintiff moved for judgment on the pleadings in an action for a declaratory judgment that it is not liable to defendant, its insured,

for a claim made against the latter by a third party for negligence. Judgment for defendant unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.